**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RONNIE THORNTON,**

          **Plaintiff,**

**-vs-**                                                               **Case No. 6:08-cv-1694-Orl-28KRS**

**EDWIN J. MILLS,**

          **Defendant.**
_____

## ORDER

This cause is before the Court on the Motion to Proceed In Forma Pauperis (Doc. No. 2) filed on October 2, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied without prejudice to refile in support of an amended complaint.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 6, 2008 (Doc. No. 3) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Complaint is hereby DISMISSED without prejudice. Plaintiff is given leave to file an Amended Complaint, as set forth in the Report and Recommendation, within twenty (20) days of the date of this Order.

3.     The Motion to Proceed In Forma Pauperis (Doc. No. 2) is DENIED without prejudice to refile in support of the amended complaint.

4.     Plaintiff is ADMONISHED that failure to file an amended complaint as directed may result in dismissal of the case without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 30, 2008.

Copies furnished to:

Ronnie Thornton, *pro se*

ANNE C. CONWAY
United States District Judge